Toivo H. Nekton, as Executor, etc., of Karl Kemppainen, Deceased, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

New York and Queens Electric Light and Power Company, Appellant, v. John R. Carpenter and Others, Partners, etc., Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Henry T. Nichols and Amasa H. Nichols, Respondents, v. Abraham Gertner, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Sarah E. Nickerson, as Administratrix de Bonis Non of Charles Hickey, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

David Nowak, Respondent, v. Morris Waters and Another, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

George A. Ohl & Company, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Clara M. Pleines, Respondent, v. Franz S. Degle, Appellant, Impleaded with Babetta Rung and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Marion Post, Respondent, v. The Pease Piano Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York ex rel. Charles Cornman and Others, Respondents, v. Edmond J. Butler, as Tenement House Commissioner of The City of New York, Appellant.— Reargument ordered and case set down for Tuesday, June eighteenth. Woodward, Jenks, Gaynor and Rich, JJ., concurred. (See, ante, p. 590.)

Hillary H. Quarmby, by Sarah Ann Quarmby, His Guardian ad Litem, Respondent, v. James Weir's Sons, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Caroline G. Redington, Respondent, v. William E. Farlow, Appellant. (No. 1.) — Appeal dismissed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Hermann Rosenberg, Respondent, v. Morris Rogoff, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.